## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RICHARD SCOTT PERRY

VERSUS

JOHN PREJEAN, et al.

CIVIL ACTION

NO. 24-484-JWD-SDJ

### OPINION

After independently reviewing the complete record in this case and for the reasons outlined in the Magistrate Judge's Report dated March 27, 2025 (Doc. 7), to which no objection was filed,

**IT IS ORDERED** that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to timely effect service upon Defendants John Prejean and the Louisiana Department of Public Safety & Corrections.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 15, 2025</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**